UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  STEVEN H. SCRIMA            §       Case No. 08-72887
        FRANCESCA P. SCRIMA         §
                                    §
                                    §
            Debtors                 §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 09/09/2008.

2) The plan was confirmed on 06/03/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 02/03/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/12/2009, 01/05/2010, 11/03/2010, 11/04/2011, 10/04/2012.

5) The case was completed on 03/26/2013.

6) Number of months from filing or conversion to last payment: 54.

7) Number of months case was pending: 57.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,792.00.

10) Amount of unsecured claims discharged without full payment: $15,317.33.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 56,768.45 |
| Less amount refunded to debtor | $ 0.71 |
| **NET RECEIPTS** | $ 56,767.74 |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 3,533.17 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,533.17 |
| Attorney fees paid and disclosed by debtor: | $ 774.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| JONES & HART LAW OFFICE | Lgl | 3,500.00 | 3,774.00 | 3,774.00 | 3,000.00 | 0.00 |
| BENEFICIAL ILLINOIS D/B/A | Sec | 0.00 | 1,394.16 | 876.80 | 876.80 | 0.00 |
| FORD MOTOR CREDIT | Sec | 0.00 | 482.98 | 482.98 | 482.98 | 57.02 |
| FORD MOTOR CREDIT | Sec | 0.00 | 87.62 | 87.62 | 87.62 | 52.38 |
| WELLS FARGO OPERATIONS | Uns | 0.00 | 20,179.49 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Sec | 0.00 | 18,621.68 | 11,711.34 | 11,711.34 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| A HEALTHY SMILE | Uns | 644.10 | NA | NA | 0.00 | 0.00 |
| ADELPHIA CABLE COST CENTER | Uns | 297.00 | NA | NA | 0.00 | 0.00 |
| ALARM DETECTION SERV | Uns | 228.30 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 739.46 | 404.73 | 404.73 | 404.73 | 0.00 |
| AMERICAN EXPRESS TRAVEL | Uns | 944.95 | 944.95 | 944.95 | 944.95 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 419.07 | 419.07 | 419.07 | 419.07 | 0.00 |
| AT&T UNIVERSAL CARD | Uns | 2,200.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| ATHLETICO REHAB FITNESS | Uns | 1,357.43 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA MBNA | Uns | 428.42 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL | Uns | 8,418.17 | 8,044.69 | 8,044.69 | 8,044.69 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK USA NA | Uns | 534.33 | 662.24 | 662.24 | 662.24 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,026.96 | 1,101.00 | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING | Uns | 538.91 | 538.91 | 538.91 | 538.91 | 0.00 |
| CITGO / CITIBANK | Uns | 672.53 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 500.00 | 1,025.62 | 1,025.62 | 1,025.62 | 0.00 |
| DERM OF WI | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| DESIGNER GREETINGS | Uns | 9,000.00 | 16,556.41 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 3,900.00 | 4,074.52 | 4,074.52 | 4,074.52 | 0.00 |
| EXXON MOBIL | Uns | 522.88 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 510.17 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Uns | 754.75 | 754.75 | 754.75 | 754.75 | 0.00 |
| GROOT WASTE MANAGEMENT | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Uns | 640.78 | NA | NA | 0.00 | 0.00 |
| HOWARD BOOKMAN | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| IL BONE & JOINT INSTITUTE | Uns | 380.64 | NA | NA | 0.00 | 0.00 |
| JAMES SIEBERT | Uns | 1,770.00 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| CHASE BANK USA NA | Uns | 41.48 | 237.37 | 237.37 | 237.37 | 0.00 |
| LAW OFFICES OF DAVID R. GERVAIS | Uns | 3,671.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 513.44 | 535.38 | 535.38 | 535.38 | 0.00 |
| MONEY MAILER OF BARRINGTON | Uns | 2,200.00 | 2,524.32 | 2,524.32 | 2,524.32 | 0.00 |
| NICOR | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| PARKLAND MEDICAL | Uns | 253.00 | NA | NA | 0.00 | 0.00 |
| PRI DIAGNOSTICS | Uns | 105.22 | 105.22 | 105.22 | 105.22 | 0.00 |
| ATTORNEY ROBERT R MUCIO | Uns | 2,670.19 | 424.00 | 424.00 | 424.00 | 0.00 |
| RIVER NORTH ANESTHESIA CONS | Uns | 1,078.02 | NA | NA | 0.00 | 0.00 |
| JAMES T GATELY, ATTORNEY AT | Uns | 599.00 | 706.82 | 706.82 | 706.82 | 0.00 |
| SHELL OIL COMPANY | Uns | 552.06 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Uns | 544.92 | 544.92 | 544.92 | 544.92 | 0.00 |
| TRINITY HOLDINGS, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRU GREEN | Uns | 324.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 3,100.00 | 3,908.43 | 3,908.43 | 3,908.43 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 1,724.89 | 1,724.89 | 1,724.89 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 0.00 | 4,296.01 | 4,296.01 | 4,296.01 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 0.00 | 991.84 | 991.84 | 991.84 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT | Uns | 0.00 | 1,062.20 | 1,062.20 | 1,062.20 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 1,254.81 | 0.00 | 35.55 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 0.00 | 3,746.96 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 12,588.14 | $ 12,588.14 | $ 0.00 |
| Debt Secured by Vehicle | $ 570.60 | $ 570.60 | $ 109.40 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,158.74 | $ 13,158.74 | $ 109.40 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 36,930.88 | $ 36,966.43 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,533.17 |
| Disbursements to Creditors | $ 50,234.57 |
| **TOTAL DISBURSEMENTS:** | $ 56,767.74 |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date:  06/24/2013        By:  /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.